Argued and submitted June 3, affirmed on jurisdiction, disposition reversed, remanded for disposition August 7, 1985

In the Matter of Anthony Swift,
a Child.

STATE ex rel JUVENILE DEPARTMENT
OF CLATSOP COUNTY,
*Respondent,*

*v.*

SWIFT,
*Appellant.*

(2005-J; CA A34505)

704 P2d 139

Nicholas D. Zafiratos, Astoria, argued the cause for appellant. With him on the brief was Zafiratos & Roman, Astoria.

Linda J. DeVries, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this juvenile court proceeding, the court found jurisdiction on the basis of the child's admissions on two counts of forgery. It then directed that he be placed in the legal custody of the Childrens' Services Division for commitment to the MacLaren Juvenile Training Center. The child now appeals, contending, *inter alia,* that his due process rights were violated, because he was not afforded an adequate opportunity to present testimony on his behalf during the dispositional phase of the hearing. We cannot tell from a review of the very skimpy record of the proceedings below whether the opportunity he was given was adequate. Because the availability of that opportunity is the cornerstone of due process, we remand for further proceedings to allow him to present his evidence.

Affirmed on jurisdiction; disposition reversed; remanded for disposition.